**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jose Fabricio Rivera Ramos,<br><br>    Petitioner,<br><br>    -v-<br><br>Secretary U.S. Department of Homeland Security, Pamela Bondi, *U.S. Attorney General*, Todd Lyons, *Acting Director, Immigration and Customs Enforcement*, William P. Joyce, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, Warden of the Delaney Hall Detention Facility,<br><br>    Respondents. | 2:26-cv-01513<br>(NJC) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

The Clerk is directed to transfer this case to the District of New Jersey in light of the fact that Petitioner was being detained in that district at the time immediately prior to and on the date the petition was filed. *See* ECF No. 1 ¶ 12; *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) ("The detainees are confined in Texas, so venue is improper in the District of Columbia."); 28 U.S.C. § 1404(a) (permitting transfer to any district where an action might have been brought). The Clerk is directed to effectuate this transfer immediately and the waiting period under Local Civil Rule 83.1 is waived.

The Stay of Removal & Order to Show Cause prohibiting Petitioner's removal or transfer outside of Eastern District of New York, Southern District of New York, or District of New Jersey remains in effect unless and until the transferee court orders otherwise. *See, e.g., Saamishvili v. Flanagan*, No. 25-cv-9181, 2025 WL 3090134, at *1 (S.D.N.Y. Nov. 5, 2025)

(transferring a petition to the Eastern District of New York and enjoining the government from removing petitioner from that district to ensure that petitioner has an opportunity to have their petition considered); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 291 (S.D.N.Y. 2025) ("[T]o ensure that Khalil gets an opportunity to have his Petition and these motions considered by a court in the normal course—and to preserve the status quo—the Court's March 10, 2025 Order barring the Government from removing him . . . shall similarly remain in effect unless and until the transferee court orders otherwise.").

Dated: Central Islip, New York
March 15, 2026

　*/s/ Nusrat J. Choudhury*　
NUSRAT J. CHOUDHURY
United States District Judge